UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JEFFREY D. BIANCHI,

    Plaintiff,

v.

LAW OFFICE OF THOMAS LANDIS,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, JEFFREY D. BIANCHI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, LAW OFFICE OF THOMAS LANDIS, ("LANDIS") is believed to be a fictitious name for Thomas Landis, who is natural person, a member of the Pennsylvania Bar and citizen of the State of State of Pennsylvania with his principal place of business at Suite 220, Four Greenwood Square, 3325 Street Road, Bensalem, Pennsylvania 19020.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

> April 14, 2009
> Pre-Recorded Message: Please continue to hold, your call is very important to us, we will be with you shortly. (Music) Please continue to hold, your call is very important to us; we will be with you shortly. (Music) Please continue to hold, your call is very important to us, we will be with you shortly.

(Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music)
Human Caller: Can I speak with Jeffrey, please?
Pre-Recorded Message: Goodbye.

<u>April 16, 2009, 1:55 PM</u>
Hello Mr. Jeffrey Bianchi, this is Rene Garrett, from the Law Office of Thomas Landis, I need for you to contact me as soon as possible, I have to discuss a matter that concerns you, my number is 1-800-355-1273 extension 222, refer to reference number CA701107. Again this is Rene Garrett, it is very important that you return this call; my number is 1-800-355-1273 extension 222.

<u>April 16, 2009, 8:35 PM – Pre-Recorded Message</u>
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello this is an important call for Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you, Goodbye.

<u>April 18, 2009 – Pre-Recorded Message</u>
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello, this is an important call for Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you, Goodbye.

<u>April 20, 2009 – Pre-Recorded Message</u>
Bianchi, this is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you, goodbye.

<u>April 23, 2009</u>
Yea, hi Jeffrey this is Eugene Walker, would you call me at 1-800-355-1273 extension is 237.  And I am calling you from the Law office of Tom Landis and your account number is CA701107. Thank you.

<u>April 25, 2009</u>
…Now. If this is not Jeffrey Bianchi, please press 2. Hello, this is important call for Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you, goodbye.

<u>April 27, 2009</u>
Pre-Recorded Message: (Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music)

Human Caller: Hello.
Pre-Recorded Message: Goodbye.

April 29, 2009
Good morning this call is for Mr. Jeffrey Dennis Bianchi, Mr. Bianchi this is Terrance Mitchell, calling from the Law Office of Thomas Landis. It is imperative sir that I speak with you today; this is regarding file number C as in cat, A as in apple, 701107. Again this call is to Jeffrey Bianchi this is Terrance Mitchell calling from the Law Office of Thomas Landis, I need to hear back from you sir, today. Good luck.

May 6, 2009
(Music) Hello?  Hello?  Bye.

May 7, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi please press 2. Hello, this is an important call for Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you, goodbye.

May 11, 2009 – Pre-Recorded Message
(Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music) Please continue to hold, your call is very important to us; we will be with you shortly. (Music) Please continue to hold, your call is very important to us, we will be with you shortly. We're sorry but we are temporary unable to connect you with a representative however your call is very important to us, please call back to 800-853-4000. Thank you, goodbye.

May 12, 2009
(Music) Pre-Recorded Message: Please…
Human Caller: Hello?
Pre-Recorded Message: Goodbye.

May 13, 2009
Hello this message is for Jeffrey. Jeffrey my name is Trevor Ray I'm calling on behalf of the attorney Thomas Landis. Mr. – is that Bianchi? I need you to return a call to the law offices at 1-800-355-1273, that's 1-800-355-1273. I'm at extension 223 and when calling back I need you to reference number CA701107. That's CA701107.

May 14, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

May 15, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

May 20, 2009
Human Caller: Hi. Message is for Jeffrey Bianchi. Contact Patricia Walls, legal assistant to attorney Thomas Landis. The number is 1-800-355-1273. Jeffrey, this is one of several attempts that we've made to try to reach you. Unfortunately, we must come to a decision as of May 22, 2009. So if you're willing and wish to resolve this matter voluntarily, we need a return call as soon as possible. 800-355-1273 my extension is 218 and also Jeffrey when calling back please respond to your reference ID CA701107.
Pre-Recorded Message: Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

May 28, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

May 29, 2009, 9:18 AM
(Background Noise) Pre-Recorded Message: Goodbye.

May 29, 2009, 1:31 PM – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

June 5, 2009 – Pre-Recorded Message
Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

June 10, 2009 – Pre-Recorded Message

5

Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

June 13, 2009 – Pre-Recorded Message
…Now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

June 22, 2009 – Pre-Recorded Message
Please press 1 now.  If this is not Jeffrey Bianchi, please press 2.  Hello.  This is an important call for Jeffrey Bianchi.  This is not a telemarketing call.  Please ask Jeffrey Bianchi to call us at 800-853-4000.  Thank you.  Goodbye.

June 23, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2.  Hello.  This is an important call for Jeffrey Bianchi.  This is not a telemarketing call.  Please ask Jeffrey Bianchi to call us at 800-853-4000.  Thank you.  Goodbye.

June 24, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

June 27, 2009 – Blank Message

June 29, 2009
Excuse me. This message is for Jeffrey Bianchi. My name is Steve Parker I'm calling the Law Office of Thomas Landis. It is important that I speak with you, and I can be reached at 1-800-355-1273, extension 213; and refer to reference number CA701107.

July 9, 2009
Human Caller: Jeffrey, this is John Fisher calling on behalf of Thomas Landis Law Office. Contact me toll free at 1-800-355-1273.
Pre-Recorded Message: Hello this is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

July 11, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

July 15, 2009 – Pre-Recorded Message
Jeffrey Bianchi.  This is not a telemarketing call.  Please ask Jeffrey Bianchi to call us at 800-853-4000.  Thank you.  Goodbye.

July 21, 2009 – Pre-Recorded Message
…1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

July 22, 2009 – Pre-Recorded Message
Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

July 23, 2009 – Pre-Recorded Message
Please press 1 now. If this is not Jeffrey Bianchi, please press 2. Hello. This is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

July 27, 2009 – Pre-Recorded Message
Jeffrey Bianchi, Please press 1 now, If this is not Jeffrey Bianchi please press 2 now, Once again if this is Jeffrey Bianchi, please press 1 now, if this is not Jeffrey Bianchi, please press 2 now. Once again this is an important call for Jeffrey Bianchi, this is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

July 28, 2009 – Pre-Recorded Message
…Important call for Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

July 29, 2009 – Pre-Recorded Message
…Important call for Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

July 30, 2009

Pre-Recorded Message: (Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music) Please continue to hold, your call is very important to us, we will be with you shortly. (Music) Human Caller: Hello? This message is for Jeffrey, this is Lawrence Green, calling on behalf of the law office of Thomas Landis, Jeffrey I need a return call as soon as you receive this message, I can be reached toll free at 1-800-355-1273, 1-800-355-1273. My direct extension is 219 and also your file number is C as in Charlie, A as in apple, 701107, once again that file number is CA701107.
Pre-Recorded Message: Hello, this is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

August 3, 2009 – Pre-Recorded Message
Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

August 5, 2009 – Pre-Recorded Message
Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

August 6, 2009 – Pre-Recorded Message
Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

August 7, 2009 – Pre-Recorded Message
Human Caller: Important and confidential messages for Mr. Jeffrey Bianchi. Contact Patricia Walsh, Legal Assistant to Attorney Thomas Landis. Jeffrey, this is one of several attempts that we've made to try to reach you. Unfortunately, we're running out of time to be able to assist you in this matter. Your call is strongly recommended at this point. My toll free number is 1-800-355-1273, extension 212. Your Reference ID in this matter, CA701107.
Pre-Recorded Message: Hello this is an important call for Jeffrey Bianchi. This is not a telemarketing call. Please ask Jeffrey Bianchi to call us at 800-853-4000. Thank you. Goodbye.

August 10, 2009 – Pre-Recorded Message
Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

<u>August 11, 2009 – Pre-Recorded Message</u>
…For Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

<u>August 12, 2009 – Pre-Recorded Message</u>
…For Jeffrey Bianchi. This is not telemarketing call. Please ask Jeffrey Bianchi to call us at 800-355-1273. Thank you. Goodbye.

11. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>Berg v. Merchs. Ass'n Collection Div</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

9

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20. Plaintiff incorporates Paragraphs 1 through 17.

21. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group,*

*Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.    Plaintiff incorporates Paragraphs 1 through 17.

23.    Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24. Plaintiff incorporates Paragraphs 1 through 17.

25. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT V
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiff incorporates Paragraphs 1 through 17.

27. Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28. Plaintiff incorporates Paragraphs 1 through 17.

29. By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31. Plaintiff incorporates Paragraphs 1 through 17.

32. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

b. a declaration that Defendant's calls violate the TCPA;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>Donald A. Yarbrough, Esq.
>Florida Bar No. 0158658