UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60574-CIV-COHN/SELTZER

JEFFREY D. BIANCHI,

    Plaintiff,

v.

LAW OFFICE OF THOMAS LANDIS,

    Defendant.

_____/

## FINAL JUDGMENT TAXING FEES AND COSTS

**THIS CAUSE** is before the Court on the Order Granting Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees [DE 31]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Judgment for fees and costs is hereby entered in favor of Plaintiff Jeffrey D. Bianchi and against Defendant Law Office of Thomas Landis;

2. Plaintiff shall recover $5305.50 (consisting of $4840.50 in attorney's fees and $465 in costs), plus interest thereon at the rate of 0.24% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of April, 2011.

                                                JAMES I. COHN
                                                United States District Judge

Copies provided to:
Counsel of record via CM/ECF